USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/23/20

The Woolworth Building  p 212 477 4777
233 Broadway, Suite 2704  f 212 477 4126
New York, New York 10279  e robert@rbdavislaw.com

ATTORNEY    LAW

BY ECF

October 23, 2020

Honorable Gregory H. Woods
United States District Judge
U. S. District Court for the
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, New York 10007

**MEMORANDUM ENDORSED**

Re:   *Damien Reyes v. Riverbay Corp.*, 18 CV 5092 (GHW)

Dear Judge Woods,

In my 10.23.20 letter filed by ECF today with Plaintiff's in limine motion papers I indicated a set of the motion papers would be emailed to the court. However, I misinterpreted your Individual Rules at 4.A.ii.. It appears emailing motion papers is required only where ECF filing is not practicable. Please advise whether your Honor prefers transmission of the motion papers by email. Incidentally it would require a group of emails because the exhibits are so voluminous. I apologize for my error. Thank you.

Respectfully,

Robert B. Davis

Because both redacted and unredacted versions of Plaintiff's motion in limine papers have been filed on ECF, Plaintiff should not email the motion papers to the Court. The Court expects that it will rule on the motion to seal shortly after it rules on Plaintiff's motions in limine.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 126 because it was improperly filed as a motion.

SO ORDERED.
Dated: October 23, 2020

GREGORY H. WOODS
United States District Judge