UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DAMIEN REYES,

               Plaintiff,

           -against-

RIVERBAY CORPORATION,

               Defendant.
-----------------------------------------------------------X

18 CIVIL 5092 (GHW)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a jury trial before the Honorable Gregory H. Woods, United States District Judge, the jury having returned a verdict in favor of Defendant, the complaint is hereby dismissed.

DATED: New York, New York
           June 22, 2021

So Ordered:

_____
U.S.D.J.

RUBY J. KRAJICK
_____
Clerk of Court

BY: K. mango
_____
Deputy Clerk