USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DAMIEN REYES,                                      :

                      Plaintiff,     :
                                    :        1:18-cv-5092-GHW
           -v -                      :
                                    :           ORDER
RIVERBAY CORPORATION,     :

                   Defendant.   :
--------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On July 28, 2021, the Court denied Plaintiff's request to seal certain information. Dkt. No. 221. The information sought to be filed remains at the "Selected Parties" viewing level. *See* Dkt. No. 220.

The Clerk of Court is directed to remove the "Selected Parties" viewing limitation from Dkt. No. 220 and to terminate the motion pending at Dkt. No. 220.

SO ORDERED.

Dated: October 2, 2021                              _____
New York, New York                                 GREGORY H. WOODS
                                                      United States District Judge